UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WALTER G. JOHNSON,

                     Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                     Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0305 (NG)

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 30, 2007, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       May 02, 2007

                                               ROBERT C. HEINEMANN
                                               Clerk of Court